IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANITA RAY<br>2931 Pikes Avenue<br>Akron, Ohio 44314 | : <br> : <br> : | Case No.: 22-cv-2609 |
| Plaintiff, | : | Judge_____ |
| v. | : | |
| FEDEX OFFICE AND PRINT SERVICES<br>INC. LONG TERM DISABILITY PLAN<br>c/o Fedex Office and Print Services, Inc.<br>7900 Legacy Drive<br>3 Galleria Tower<br>Dallas, Texas 75240 | : <br> <br> : <br> <br> : <br> <br> : | Magistrate Judge_____ |
| and | : | |
| FEDEX OFFICE AND PRINT SERVICES<br>INC. BENEFITS PROGRAM<br>WRAPAROUND PLAN<br>c/o Fedex Office and Print Services, Inc.<br>7900 Legacy Drive<br>Plano, TX 75024 | : <br> <br> <br> : <br> <br> : | |
| Defendants. | | |

## **COMPLAINT**

For her Complaint against the Defendants, FedEx Office and Print Services Inc. Long-Term Disability Plan and FedEx Office and Print Services Inc. Benefits Program Wraparound Plan, the Plaintiff Anita Ray states as follows:

### **Parties**

1. Plaintiff Anita Ray was at all relevant times an employee of FedEx Office and Print Services, Inc. ("FedEx Office"), and a participant in several employee benefit plans established and maintained by her employer under the Employee

Retirement Income Security Act of 1974 ("ERISA"), for the purpose of providing benefits to its employees.

2. The FedEx Office Long-Term Disability Plan is an employee welfare benefit plan ("the LTD Plan") established, maintained, and funded by FedEx Office for the purpose, *inter alia*, of providing disability benefits to its employees.

3. The FedEx Office Group Benefits Wraparound Plan is an employee welfare benefit plan ("the LIFE plan") established and maintained by FedEx office for the purpose, *inter alia*, of providing life insurance benefits to its employees.

## Jurisdiction and Venue

4. The Plaintiff's claims arise under ERISA; therefore, jurisdiction is predicated upon 29 U.S.C. § 1132.

5. FedEx Office conducts business throughout the United States Southern District of Ohio.

6. The FedEx Office Plans involved in this case are administered, in part, within the United States Southern District of Ohio.

7. Under 29 U.S.C. § 1132(e)(2), venue is appropriate in the United States District Court for the Southern District of Ohio.

## Facts Common To All Claims

8. The Plaintiff, Anita Ray, is a former FedEx Office Store Manager and Assistant Store Manager.

9. Ray was forced to stop working on November 29, 2017, due to severe medical impairments.

10. Ray was a participant in the FedEx Office short-term disability plan, long-term disability plan, and life insurance plan.

11. Aetna Life Insurance Company ("Aetna") was designated as the claims administrator under both the Plans involved in this case.

12. In 2017, The Hartford Life and Accident Insurance Company, ("Hartford"), acquired Aetna and became the claims administrator of Ray's benefits.

13. Ray timely applied for, and received, all available short-term disability benefits.

14. Ray timely applied for long-term disability benefits and was awarded long-term disability benefits.

15. Under the terms of the LTD Plan, Ray is entitled to LTD benefits for a period of two years if she is disabled from her own occupation.

16. After two years, Ray is entitled to LTD benefits if she is disabled from any reasonable occupation.

17. The LTD plan provided the Plan with the right to examine Ray in person.

18. Ray received payment of LTD benefits from about June 6, 2018 to June 6, 2020.

19. Due to Ray's award of long-term disability benefits, she was provided a waiver of premiums for her group life insurance coverage under the terms of the Life Plan.

20. On April 30, 2020, Hartford decided to terminate Ray's long-term disability benefits as of June 7, 2020.

21. Through counsel, Ray appealed the termination of her LTD benefits.

22. Hartford also terminated Ray's waiver-of-premium life insurance benefits under the provisions of the employer's group life insurance plan.

23. In August 2020, the Social Security Administration found Ray totally disabled as of November 30, 2017, the same onset date of her long-term disability claim.

24. On September 8, 2020, Hartford upheld its termination of long-term disability benefits.

25. Through counsel, Ray appealed the September 2020 termination of LTD benefits and the termination of her waiver-of-premium life insurance benefits.

26. Ray's appeal included a wealth of medical evidence and a copy of the SSDI award, documenting her ongoing disability under the LTD Plan and the Life Plan.

27. Hartford never availed itself of the right provided by the Plan to examine Ray.

28. On July 20, 2021, Hartford issued a final denial letter upholding the termination of Ray's LTD benefits, without addressing Ray's appeal of the termination of waiver-of-premium life insurance benefits.

29. Ray has exhausted her administrative remedies under both Plans.

## Count I – For Long Term Disability Benefits

30. The foregoing allegations are incorporated by reference as if fully rewritten here.

31. Ray brings this claim under 29 U. S. C. § 1132(a)(1)(B) and seeks payment of her long-term disability benefits under the terms of the Plan.

32. Ray remains disabled under the LTD Plan and is entitled to disability benefits.

33. The Plan unreasonably terminated Ray's LTD benefits because, *inter alia,* despite the evidence confirming that Ms. Ray is unable to work at any reasonable occupation, the Plan refused to credit her statements and medical evidence; the Plan failed to credit the SSA's decision that Ray is totally disabled; the Plan failed to examine Ray; and the Plan relied instead on conclusory peer reviewer opinions that selectively reviewed the evidence to support its termination of benefits.

## Count II – For Waiver-of-Premium Life Insurance Benefits

34. The foregoing allegations are incorporated by reference as if fully rewritten here.
35. Ray brings this claim under 29 U.S.C. 1132(a)(1)(B), seeking a determination regarding her rights to waiver-of-premium life insurance benefits under the terms of the FedEx Office and Print Services, Inc. Benefits Program Wraparound Plan, which contains the group Life insurance benefit plan.
36. Ms. Ray is totally disabled under the terms of the Life Plan and is entitled to waiver-of-premium life insurance benefits.
37. The Plan unreasonably terminated Ray's benefits because, *inter alia,* despite the evidence confirming that Ms. Ray is unable to work at any reasonable occupation, the Plan refused to credit her statements and medical evidence; the Plan failed to credit the SSA's decision that Ray is totally disabled; the Plan failed to examine Ray; and instead, the Plan relied on conclusory peer review opinions that selectively reviewed the evidence to support its termination of benefits.

WHEREFORE, the Plaintiff, Anita Ray, demands judgment in her favor and against the Defendants, FedEx Office and Print Services Inc. Long-Term Disability Plan and FedEx Office and Print Services Inc. Benefits Program Wraparound Plan, as follows:

a. A determination that Anita Ray is totally disabled and is entitled to benefits under the FedEx Office and Print Services, Inc. Long Term Disability benefit Plan;

b. An award of benefits in the form of a single lump sum representing monthly benefits that Ms. Ray should have received from the date that her benefits should have been paid, and continuing until the date of judgment;

c. A further order directing the Plan to pay Ms. Ray an ongoing monthly disability benefit, beginning on the date of judgment and continuing until she is no longer disabled under the terms of the Plan;

d. A determination that Anita Ray is also totally disabled per the terms of the FedEx Office and Print Services, Inc. Benefits Program Wraparound Plan;

e. Reinstatement of Ms. Ray's coverage under the FedEx Office Benefits Program Wraparound Plan, which provided life insurance coverage;

f. Pre-judgment interest;

g. Post-judgment interest;

h. Attorney's fees and costs of this action; and

i. Such further relief as the Court determines to be equitable and just.

   /s/ *Lesley H. Kuhl*
Lesley H. Kuhl, Trial Attorney (0067177)
Tony C. Merry        (0042471)
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, Ohio  43085
Telephone (614) 372-7114
Facsimile (614) 505-6109
Email: lkuhl@tmerrylaw.com
*Attorneys for Plaintiff Anita Ray*